FILED
2008 FEB 12 AM 11:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury  '08 CR 0359 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 8, U.S.C., Secs. 1326(a) |
| ALBERTO MORENO-GOMEZ, | ) and (b) - Deported Alien Found |
| | ) in the United States |
| Defendant. | ) |

The grand jury charges:

Count 1

On or about January 4, 2008, within the Southern District of California, defendant ALBERTO MORENO-GOMEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

WMC:em:San Diego
2/11/08

1  It is further alleged that defendant ALBERTO MORENO-GOMEZ, was removed
2  from the United States subsequent to January 25, 2001.
3       DATED: February 12, 2008.
4                                           A TRUE BILL:
5
6                                           _____
7                                           Foreperson
8  KAREN P. HEWITT
   United States Attorney
9
10 By: _____
11     W. MARK CONOVER
       Assistant U.S. Attorney

2