```
 1  GARY P. BURCHAM
    California Bar No. 190780
 2  964 Fifth Avenue; Suite 300
    San Diego, CA 92101
 3  Telephone: (619) 699-5930

 4  Attorney for Alberto Moreno-Gomez
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                   (HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0359-JLS |
|---|---|---|
| Plaintiff, | ) | Date: March 14, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTIONS AND MOTIONS** |
| ALBERTO MORENO-GOMEZ, | ) | **TO:** |
| Defendant. | ) | **1) COMPEL DISCOVERY;** |
| | ) | **2) FILE FURTHER MOTIONS** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
      STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY

   PLEASE TAKE NOTICE that on Monday, March 14, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Alberto Moreno-Gomez, by and through his attorney, Gary P. Burcham, will ask this Court to enter an order granting the motions listed below.

//
//
//
//
//
//

**MOTIONS**

Alberto Moreno-Gomez, the defendant in this case, by and through his attorney, Gary P. Burcham, pursuant to the Amendments to the United States Constitution, Fed. R. Crim. P., and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery;

2) to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 29, 2008        /s/ Gary P. Burcham
                                GARY P. BURCHAM
                                Attorney for Alberto Moreno-Gomez

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

```
UNITED STATES OF AMERICA,        )   U.S.D.C. No. 08CR1359-JLS
                                 )
          Plaintiff-Appellee,    )   CERTIFICATE OF SERVICE
v.                               )
                                 )
ALBERTO MORENO-GOMEZ,            )
                                 )
          Defendant-Appellant.   )
_____)
```

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Defendant's Motion For Discovery and For Leave To File Further Motions on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

**Stewart Young, Esq.**
**Assistant United States Attorney**
**880 Front Street**
**San Diego, CA 92101**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Gary P. Burcham
　　　　　　　　　　　　　　　　　　　　GARY P. BURCHAM