FILED
MAY 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.  08-CR-359 JLS |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | **(Superceding)** |
| v. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Misdemeanor); |
| ALBERTO MORENO-GOMEZ, ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony). |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about __11/2005__, within the Southern District of California, defendant ALBERTO MORENO-GOMEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//

SMY:smy:San Diego
5/16/08

<u>Count 2</u>

On or about October 9, 2007, within the Southern District of California, defendant ALBERTO MORENO-GOMEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 16, 2008.

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney